No. 3011. BANCO COMERCIAL DE PUERTO RICO, *v.* TRAUTMAN & ACHA, APPELLANTS.—First District Court of San Juan. Decided May 29, 1923. Considering the stipulation of the parties to withdraw the appeal, it is dismissed and the setting for hearing canceled.

No. 418.—CARRIÓN, PETITIONER, *v.* DISTRICT COURT OF MAYAGÜEZ, RESPONDENT. — Certiorari. Decided May 29, 1923. The motion of withdrawal made by the petitioner is sustained and the setting for hearing is canceled.

No. 2063. PEOPLE, APPELLEE, *v.* VÁZQUEZ, APPELLANT. — District Court of Guayama. Decided May 29, 1923. Breach of peace. The *Fiscal* alone having appeared at the hearing and the appellant having filed no brief, the appeal was dismissed.